September 9, 2024

Via email: fbuchanan@urshan.edu

Frank Buchanan, II
Chief Financial Officer
Urshan University
155 Urshan Way
Wentzville, MO 63385

Re: Gift of Saint Stanislaus Chapel windows

Dear Frank:

We are very grateful that Urshan University ("Urshan") agrees to make a gift to Boston College of certain windows that are part of the former Saint Stanislaus Chapel, located at Urshan's property at 700 Howdershell Road, Florissant MO 63031 (the "Chapel").

This letter, when signed below by you in the space provided below, will constitute our understanding concerning this gift.

Boston College, at its expense, will engage Emil Frei and Associates Company of St. Louis, Missouri ("Frei") to remove the 12 large arched stained-glass windows located in the nave of the Chapel and the large rose stained-glass window located in the choir loft of the Chapel (collectively, the "Windows") and to cover any resulting openings in a manner that will protect the interior of the Chapel from the elements.

The Florissant property, including the Chapel, is no longer in use or occupied by Urshan. Urshan represents that it owns all right, title and interest in the Chapel, free and clear of liens, mortgages, or claims, and has full power and authority to make this gift and transfer ownership of the windows to Boston College. In the event that Urshan receives an offer to buy the 700 Howdershell Road property prior to the removal of the Windows, Urshan agrees to exclude the Windows from the sale and allow for their removal before the sale is closed.

Exhibit A

Boston College shall take title to the windows upon taking possession of them and at such time, Urshan will execute the attached Bill of Transfer to Boston College. In consideration for this transfer and gift, Boston College will make a donation to Urshan in the amount of $27,000, to be paid to Urshan upon Boston College's receipt of the Bill of Transfer.

Urshan agrees to cooperate with Boston College and Frei in connection with the removal of the windows and agrees to take reasonable steps to facilitate Boston College's acquisition of the windows. This includes, without limitation, providing Boston College and Frei reasonable access to the Chapel prior to the removal and for the purpose of the removal, procuring any necessary permits and, in cooperation with Boston College, complying with any applicable laws, ordinances, and restrictions that may be associated with the removal of the windows.

Specifically, Boston College understands from Frei that the removal of the Windows will require approximately a month and will likely take place in October, and Urshan acknowledges that Frei will need to access the property as soon as possible to take measurements of the Windows. Urshan agrees to facilitate Frei's access to permit Frei to conduct the measurements and undertake the removal process.

Sincerely,

Trustees of Boston College

By: *Casey C Beaumier SJ*
Name: Casey Beaumier, S.J.
Title: Vice President and University Secretary

Accepted and Agreed:

Urshan University, Inc.

By: *[signature]*
Name: Frank Buchanan, II
Title: Chief Financial Officer

cc: Aaron Frei, Emil Frei & Associates