## BILL OF TRANSFER

This instrument is executed and delivered as of the 9th day of September, 2024, by **Urshan University, Inc.** ("**Donor**"), a Missouri institution of higher learning, with an address of 155 Urshan Way Wentzville, MO 63385 to **Trustees of Boston College** (the "**Donee**"), having an address of 140 Commonwealth Avenue, Chestnut Hill, MA 02467.

    1.    **Grant of Assets**. With the intention of making a gift, Donor does hereby grant, transfer, set over and convey to Donee all right, title and interest in and to the following (the "**Assets**"):

All of Donor's right, title and interest in and to certain windows that are part of the former St. Stanislaus Chapel located on Urshan's property located at 700 Howdershell Road, Florissant Missouri 63031, consisting of the 12 large arched stained glass windows originally located in the nave of this Chapel and the large rose stained-glass window originally located in the choir loft of the Chapel.

**Disclaimer**. The Assets are transferred by Donor and accepted by Donee AS IS, WHERE IS, AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF WHATSOEVER NATURE, EXPRESS OR IMPLIED, IT BEING THE INTENTION OF DONOR AND DONEE EXPRESSLY TO NEGATE AND EXCLUDE ALL DONOR WARRANTIES, INCLUDING WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR ANY PARTICULAR PURPOSE, WARRANTIES CREATED BY ANY AFFIRMATION OF FACT OR PROMISE OR BY ANY DESCRIPTION OF THE PROPERTY CONVEYED HEREUNDER BY DONOR, AND ALL OTHER REPRESENTATIONS AND WARRANTIES WHATSOEVER CONTAINED IN OR CREATED BY THE UNIFORM COMMERCIAL CODE OF THE STATE OR STATES WHERE THE REAL PROPERTY IS LOCATED.

    3.    **Further Assurances**. Donor hereby agrees that it will at any time and from time to time hereafter, upon request of Donee, execute, acknowledge and deliver all such instruments and documents, and do such further things as Donee may reasonably request to perfect the transfer and delivery of any and all of the Assets referenced in this Bill of Transfer and the title thereto.

**IN WITNESS WHEREOF**, the undersigned has caused this Bill of Transfer to be executed as of the date written above.

                                      **Urshan University, Inc.**

                                      By: _____
                                            Frank Buchanan, II
                                            Chief Financial Officer

Exhibit B