**REDACTED: ATTORNEY - CLIENT PRIVILEGE**

**From:** Frank Buchanan <fbuchanan@urshan.edu>
**Sent:** Thursday, September 26, 2024 7:16 PM
**To:** Casey Beaumier <beaumier@bc.edu>
**Cc:** Aaron Frei <aaronf@emilfrei.com>; Daniel Bourque <daniel.bourque@bc.edu>; Michael Lochhead <lochhead@bc.edu>; Nora Field <nora.field@bc.edu>; Mary Nardone <mary.nardone@bc.edu>
**Subject:** Re: Documents

Casey, et al.

It is with great regret that I inform you that Urshan University must rescind the bill of transfer and agreement for the stained glass windows. I have learned that a buyer has been found who plans to restore and preserve the school, including the windows. I sincerely apologize for this inconvenience. It's been a pleasure to converse with you.

Best Regards,

> On Sep 23, 2024, at 8:52 AM, Casey Beaumier <beaumier@bc.edu> wrote:
>
> Dear Frank,
>
> Good morning from Boston. I'm sorry for the quiet on our end--we have been working on details on coming to Saint Louis and those details are now in place. We will come to the property on Monday (a week from today) in order to take measurements and work on a few other details that are needed on-site. Can we coordinate with you and Aaron on getting into the chapel space?
>
> So, things are moving along and I'm glad for this follow up from you. Let me know if

Exhibit C

there are other items for us to discuss before arriving on Monday.

Yours,

Casey

On Sun, Sep 22, 2024 at 3:37 PM Frank Buchanan <fbuchanan@urshan.edu> wrote:

> Casey C. Beaumier,
>
> We wanted to follow up regarding the gift from Boston College to Urshan University.
> It has been almost two weeks since our last conversation and we are concerned.
> It is our hope that this delay will not prohibit or delay our process.
>
> Thanks,
>
> Image removed by sender.
>
> 
>
> **FRANK BUCHANAN II, CPA, M.A.**
> *Chief Financial Officer*
> Office: 314-838-8858 | Cell: 417-540-3222
> 155 Urshan Way, Wentzville, MO 63385
> www.urshan.edu
> *"In missionary work, as in all else, preparation precedes power."*
>
>
> On Mon, Sep 9, 2024 at 7:03 PM Casey Beaumier <beaumier@bc.edu> wrote:
>
>> Dear Frank, Dear Nora,
>>
>> Here is a copy of the signed agreements between Urshan and Boston College.
>>
>> I am grateful to Frank for helping us close this important matter.
>>
>> Aaron, let's be in touch to begin setting the dates for beginning the removal process.
>>
>> Frank, we will be in touch about details for the gift from us to Urshan.
>>
>> Gratefully,
>>
>> CB
>>
>> On Mon, Sep 9, 2024 at 5:19 PM Frank Buchanan <fbuchanan@urshan.edu>

> wrote:
>
>> Casey,
>>
>> I have attached signed documents.
>>
>> Thanks,
>>
>> 
>> Image removed by sender.
>>
>> **FRANK BUCHANAN II, CPA, M.A.**
>> *Chief Financial Officer*
>> Office: 314-838-8858 | Cell: 417-540-3222
>> 155 Urshan Way, Wentzville, MO 63385
>> www.urshan.edu
>> "In missionary work, as in all else, preparation precedes power."

--



**Casey C. Beaumier, S.J.**
Vice President and University Secretary
Director, Institute for Advanced Jesuit Studies
beaumier@bc.edu  |  617.552.2568  |  617.552.3636
**Institute for Advanced Jesuit Studies**
Boston College  |  bc.edu/iajs  |  jesuitsources.bc.edu

--



**Casey C. Beaumier, S.J.**
Vice President and University Secretary
Director, Institute for Advanced Jesuit Studies
beaumier@bc.edu  |  617.552.2568  |  617.552.3636
**Institute for Advanced Jesuit Studies**
Boston College  |  bc.edu/iajs  |  jesuitsources.bc.edu