## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF BOSTON COLLEGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 4:24-cv-1523-HEA |
| vs. ) | |
| ) | |
| URSHAN UNIVERSITY, INC., ) | |
| ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE TO THE COURT FOR PRETRIAL RULE 16 CONFERENCE

COMES NOW Defendant, Urshan University, Inc. ("Urshan"), and in compliance with the Court's Order Setting Rule 16 Conference (Doc #17) states as follows:

Jeffrey B. Hunt will attend the February 7, 2025 scheduling conference (phone conference) on behalf of Urshan.

Phone number: 314-854-0441.

Respectfully submitted,

**ROSENBLUM GOLDENHERSH, P.C.**

BY:  /s/ Jeffrey B. Hunt
Jeffrey B. Hunt, #33349MO
7733 Forsyth, 4th Floor
Clayton, MO   63105-1812
(314) 726-6868
(314) 726-6786 Facsimile
jhunt@rgsz.com

*Attorneys for Defendant Urshan University, Inc.*

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following on this 3rd day of January 2025, via operation of the Court's electronic filing system:

Winthrop B. Reed, III
Kolton C. Ellis
Lewis Rice LLC
600 Washington Ave., Ste. 2500
St. Louis, MO 63101

                                                      /s/ Jeffrey B. Hunt