# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF BOSTON COLLEGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-1523 (HEA) |
| ) | |
| URSHAN UNIVERSITY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S NOTICE TO THE COURT FOR PRETRIAL RULE 16 CONFERENCE**

COMES NOW Plaintiff, Trustees of Boston College, and in compliance with the Court's Order Setting Rule 16 Conference (Doc #17), states as follows:

Winthrop B. Reed, III will attend the February 7, 2025 scheduling conference (phone conference) on behalf of Plaintiff.

Phone number: 314-444-7617

Date: January 6, 2025                        Respectfully submitted,

**LEWIS RICE LLC**

By:   */ s / Winthrop B. Reed, III*
Winthrop B. Reed, III #42840
Kolten C. Ellis, #74451
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
314-444-7600 (Telephone)
314-612-7600 (Facsimile)
wreed@lewisrice.com
kellis@lewisrice.com
*Attorney for Plaintiff Trustees of Boston College*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of January, 2025, a copy of the foregoing was filed electronically and served upon all parties by operation of the Court's electronic filing system.

/s/ <em>Winthrop B. Reed, III</em>