**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF BOSTON COLLEGE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-1523 |
| | ) | |
| URSHAN UNIVERSITY, INC., | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

**MOTION FOR PRELIMINARY INJUNCTION HEARING**

Plaintiff Trustees of Boston College hereby moves the Court for a hearing on its Motion for Preliminary Injunction (ECF No. 12) as soon as practicable within the Court's schedule. As explained more fully in Plaintiff's papers related to that Motion (ECF Nos. 12, 13 & 27), the property at issue—13 historically significant, stained glass windows in an abandoned church—are at risk of continued degradation and damage from, among other things, vandalism, water, and other external elements. These risks continue every day that Plaintiff is not allowed to remove the windows for preservation during the pendency of this litigation. Therefore, Plaintiff requests that its Motion be heard as soon as possible so that the Court may thereafter rule on the same.

Dated:  January 27, 2025

Respectfully submitted,

**LEWIS RICE LLC**

By:  <u>/ s / Winthrop B. Reed, III</u>
Winthrop B. Reed, III, #42840
T. Hunter Brown, #70634
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
314-444-7617 (Telephone)
314-612-7617 (Facsimile)
wreed@lewisrice.com
hbrown@lewisrice.com

*Attorney for Plaintiff Trustees of
Boston College*