# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF BOSTON COLLEGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:24-cv-1523 |
| URSHAN UNIVERSITY, INC., | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE AT RULE 16 CONFERENCE

COMES NOW Winthrop B. Reed, III, on behalf of Plaintiff, Trustees of Boston College, and states that he will be attending the Rule 16 conference scheduled for February 7, 2025 at 10:00 a.m. by telephone.

Winthrop B. Reed, III: 314-444-7617

Dated: February 3, 2025                                                    Respectfully submitted,

**LEWIS RICE LLC**

By:    */s / Winthrop B. Reed, III*
Winthrop B. Reed, III, #42840
T. Hunter Brown, #70634
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
314-444-7617 (Telephone)
314-612-7617 (Facsimile)
wreed@lewisrice.com
hbrown@lewisrice.com

*Attorney for Plaintiff Trustees of Boston College*