UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRUTEES OF BOSTON COLLEGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24CV1523 HEA |
| ) | |
| URBAN UNIVERSITY, INC., ) | |
| ) | |
| ) | |
| Defendants. ) | |

ORDER

IT IS HEREBY ORDERED that the scheduling conference pursuant to Fed.R.Civ.P. 16 previously set for February 7, 2025, is vacated. The case management order will be entered based on the dates submitted by the parties in their Joint Proposed Scheduling Plan.

Dated this 3rd day of February, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE