UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF BOSTON COLLEGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> URSHAN UNIVERSITY, INC., ) <br> ) <br> Defendant. ) | Cause No.: 4:24-cv-1523-HEA <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF JENNIE RUSSELL

Jennie Russell, of lawful age and sound mind, hereby certifies and confirms under penalty of perjury:

1. I previously provided a Declaration in this case. (Doc #22-1).

2. I am the Executive Vice President of Urshan University ("Urshan") and Urshan Graduate School of Theology and have been since June 2013.

3. I hold several degrees including in A.A. in Missions from Christian Life College (1984), B.A. in Bible and Theology from Christian Life College (1986), and a M.A. in Professional Counseling from Liberty University (2012). I am currently working on obtaining my Ed.D., Community Care and Counseling-Marriage and Family Cognate from Liberty University.

4. I am personally knowledgeable of the facts stated herein and have been involved in issues relating to preservation of the Saint. Stanislaus Seminary and the religious Windows at issue in this case affixed to the Chapel.

1

**EXHIBIT 1**

5. Removing the Windows could damage them and Plaintiff Boston College from our conversations knew that the Windows needed to be refurbished and restored along with possible repair.

I declare under penalty of perjury that the foregoing is true and correct.

2/24/25
Executed Date

Jennie Russell
Jennie Russell, MA

2