# CURRICULUM VITAE
# FOR
# AARON FREI
# EMIL FREI, INC.

Phone: Mobile (314) 556-7242
Business (314) 822-1091
Email: aaronf@emilfrei.com
WEBSITE: emilfrei.com

EDUCATION

| | | |
|---|---|---|
| MA Theology | University of Dallas | 2006 |
| BA Theology | University of Dallas | 2003 |

PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1991 TO 2011 | CRAFTSMAN |
| 2011 TO 2016 | PRINCIPAL GLASS CUTTER & MANAGER |
| 2016 TO PRESENT | PRESIDENT |

STUDIO CREDENTIALS

Emil Frei, Inc. was founded by Emil Frei Sr. in 1898 and is proudly considered as one the most storied Sacred Art firms in the United States today. Passed down for five successive generations, each generation of Emil Frei has contributed their talents to the development of stained glass design and fabrication, its restoration and preservation, and to the design and execution of mosaics. Notable projects include the National Cathedral in Washington D.C., the National Shrine of the Immaculate Conception in D.C., the Harvard Medical School, the New Cathedral Basilica of St. Louis (mosaics and stained glass), to name just a few. In total, we have been commissioned for work in over 8,000 churches during our existence. Given the rich legacy of the Studio, we invite you to read a lengthier history at https://www.emilfrei.com/about-us/history/.

Further credentials can be provided upon request.

EXHIBIT A-1