IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF BOSTON COLLEGE, | ) |
| Plaintiff, Third Party Defendant, | ) |
| v. | ) Case No. 4:24-cv-1523-MAL |
| URSHAN UNIVERSITY, INC. and URSHAN COLLEGIATE SUPPORT ORGANIZATION | ) |
| Defendants, Third Party Defendants, | ) |
| v. | ) |
| UNITED PENTECOSTAL CHURCH DEVELOPMENT FUND, INC. | ) |
| Intervenor Plaintiff, Third Party Plaintiff. | ) |

**PLAINTIFF TRUSTEES OF BOSTON COLLEGE'S
MOTION FOR SEALING**

Pursuant to Eastern District of Missouri Local Rule 13.05, Plaintiff Trustees of Boston College ("Boston College") moves this Court for an Order directing that its proposed Second Amended Complaint, the redline version of the proposed Second Amended Complaint, and Exhibit H to the proposed Second Amended Complaint ("Proposed Sealed Documents") be filed under seal.[1] In support, Boston College states as follows:

1. Urshan University, Inc. ("Urshan"), Urshan Collegiate Support Organization ("UCSO"), and the United Pentecostal Church Development Fund, Inc. ("Fund") (collectively,

---

[1] Boston College respectfully states that it is willing to file the Proposed Sealed Documents openly but is filing this Motion in accordance with the Stipulation for Protective Order previously filed with the Court, Defendants' confidentiality designations, and the UCSO's request that the redacted paragraphs and Exhibit H be filed under seal. (ECF No. 87.)

"Defendants") have produced certain documents as "Confidential" pursuant to the Stipulation for Protective Order in this case, including certain correspondence from Brent Coltharp that is attached as Exhibit H to the proposed Second Amended Complaint and which is described in the proposed pleading. (ECF No. 87.) Defendants have claimed that public disclosure of such information may harm their interests.

2. Pursuant to the Stipulation for Protective Order, if a document is designated "Confidential," disclosure of such information shall be limited to only certain parties. (ECF No. 87 at ¶ 4.) The Stipulation for Protective Order also provides that if either party files a document containing confidential information, the filing party shall be granted leave to make the filing under seal. (*Id.* ¶ 10.)

3. According to Local Rule 13.05(A)(3), "[t]he fact that certain information or material has been protected as confidential by parties in a case pursuant to a Protective Order is relevant to, but not dispositive of, whether this information or material will be sealed when filed with the Court."

4. Boston College requests that the material remain sealed until 90 days following final disposition of the litigation, unless a Motion to Continue Sealing is filed pursuant to Local Rule 13.05(A)(4)(a).

5. Boston College has separately filed a redacted version of the Proposed Sealed Documents.

6. Counsel for the UCSO has consented to Boston College's request set forth herein (and requested that the Proposed Sealed Documents be redacted). Counsel for Urshan and the Fund did not respond to counsel's request for consent.

WHEREFORE, Plaintiff Trustees of Boston College respectfully requests that this Court grant its Motion for Sealing with respect to the Proposed Sealed Documents, and for such other and further relief as this Court deems just and proper.

Dated: October 10, 2025                     Respectfully submitted,

**LEWIS RICE LLC**

By:     /s/ Sarah A. Milunski
        Winthrop B. Reed, III #42840
        Sarah A. Milunski, #65112
        600 Washington Avenue, Suite 2500
        St. Louis, MO 63101
        314-444-7617 (Telephone)
        314-612-7617 (Facsimile)
        wreed@lewisrice.com
        smilunski@lewisrice.com

*Attorneys for Plaintiff Trustees of Boston College*

3