Electronically Filed - ST LOUIS COUNTY - July 09, 2025 - 02:26 PM

IN THE CIRCUIT COURT FOR ST. LOUIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| URSHAN COLLEGIATE SUPPORT ORGANIZATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. |
| TRUSTEE OF BOSTON COLLEGE, | ) ) ) | Division No. |
| **Serve at:  140 Commonwealth Ave.**<br>          **Chestnut Hill, MA 02467** | ) ) ) ) | |
| And | ) ) | |
| URSHAN UNIVERSITY, INC., | ) ) | |
| **Serve:  Registered Agent**<br>          **Jennie Russell**<br>          **155 Urshan Way**<br>          **Wentzville, MO 63385-1938** | ) ) ) ) ) | |
| Defendants. | ) | |

## PETITION TO QUIET TITLE

COMES NOW Plaintiff, Urshan Collegiate Support Organization, by and through, it undersigned attorneys, pursuant to V.A.M.S.§ 527.150 and for its Petition to quiet title against Defendants, states as follows:

1.     Plaintiff Urshan Collegiate Support Organization, is a Missouri Nonprofit Corporation, currently in good standing.

2.     Defendant Trustee of Boston College ("BC"), is a Massachusetts non-profit corporation whose principal place of business is in Chestnut Hill, Massachusetts.

3.     Defendant Urshan University, Inc ("UU")., in a Missouri Nonprofit Corporation, currently in good standing.

~ 1 ~

4. Plaintiff is the title holder to certain real estate commonly known as 700 Howdershell Road, Florissant, Missouri (the "Property"), located in St. Louis County, State of Missouri, to wit:

> LOT B OF ST. STANISLAUS SEMINARY, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 345, PAGES 123 AND 124 OF THE ST. LOUIS COUNTY, MISSOUIR RECORDS.

5. The Property, consist of approximately ten (10) acres and is improved with multiple buildings, one of which is adorned with thirteen (13) historic, stained-glass windows, which are unique and significant, hereinafter referred to as the "Windows."

6. The Windows are structural components attached to and integrated into the Property, and thus are fixtures or improvements and are a part of the realty.

7. Defendant UU is a former Lessee of the Property pursuant to a written lease with Plaintiff that was terminated in 2019.

8. Defendant BC claims that it has entered into a purported "gift agreement" with Defendant UU, wherein Urshan University was to donate the Windows to Boston College.

9. The Windows have not been delivered to Defendant BC.

10. Defendant UU has no claim to ownership of the Windows and thus had no ability to "gift" Plaintiff's Property to a third-party.

WHEREFORE, Plaintiff Urshan Collegiate Support Organization, requests that this Honorable Court quite title of the real estate and the Windows in favor of Plaintiff, and to assess the costs expended herein against Defendants and for such other and further relief as this Court deems just and proper.

Electronically Filed - ST LOUIS COUNTY - July 09, 2025 - 02:26 PM

Respectfully submitted,

STONE. LEYTON & GERSHMAN
A PROFESSIONAL CORPORATION

By:  /s/ *Joseph R. Dulle*

Joseph R. Dulle, #38416 MO 7733 Forsyth Blvd., Suite 500 St. Louis, MO 63105 Telephone:(314) 721-7011 Facsimile: (314) 721-8660 jdulle@stoneleyton.com
*Attorneys for Plaintiff*