**In the**
# CIRCUIT COURT
**of St. Louis County, Missouri**



| | | |
|---|---|---|
| URSHAN COLLEGIATE, | September 9, 2025 | For File Stamp Only |
| Plaintiff(s) | Date | **FILED** |
| vs. | 25SL-CC07604 | SEP 09 2025 |
| | Case Number | JOAN M. GILMER |
| TRUSTEES OF BOSTON COLLEGE, | 6 | CIRCUIT CLERK, ST. LOUIS COUNTY |
| Defendant(s) | Division | |

## ORDER

Cause set for a bench trial on April 6, 2026 at 9:00 a.m.

☐ This Memo/Order was entered at a hearing conducted using interactive video technology. Therefore, the party and attorney signatures are not reflected on this Memo/Order. Unless the matter was taken under submission, the Court read the contents of this Memo/Order, and all other Memos/Orders entered herewith, to the parties at the hearing.

**SO ORDERED:**

_(signature)_
Judge         Division 6

Judge _____

**ENTERED:** _____
              (Date)

CCOPR47-WS   Rev. 02/14

Attorney _____ Bar No. _____

Address _____

Phone No. _____ Fax No. _____

Attorney _____ Bar No. _____

Address _____

Phone No. _____ Fax No. _____