IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF BOSTON COLLEGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:24-cv-01523-MAL |
| | ) |
| URSHAN UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |

_____

| | |
|---|---|
| UNITED PENTECOSTAL CHURCH DEVELOPMENT FUND, INC. | ) ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TRUSTEES OF BOSTON COLLEGE, URSHAN UNIVERSITY, INC., and URSHAN COLLEGIATE SUPPORT ORGANIZATION, | ) ) ) ) |
| | ) |
| Third-Party Defendants. | ) |

**URSHAN COLLEGIATE SUPPORT ORGANIZATION RESPONSES
TO UNITED PENTECOSTAL CHURCH DEVELOPMENT FUND, INC.
STATEMENT OF UNCONTROVERTED MATERIAL FACTS IN
<u>SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT</u>**

COMES NOW Third-Party Defendant, Urshan Collegiate Support Organization and as its Responses to the Statement of Uncontroverted Material Facts submitted in Support of Third-Party Plaintiff United Pentecostal Church Development Fund, Inc., states as follows:

1. The stained-glass windows at issue in this lawsuit (the "Windows") are part of a building located on the former campus of St. Stanislaus Seminary at 700 Howdershell Road in Florissant, Missouri (hereafter "Property").

1

Response:     Admit.

2.     Third-Party Defendant Urshan Collegiate Support Organization ("USCO") owns the Property, including the Windows.

Response:     Admit.

3.     The legal description of UCSO's Property is as follows:

> LOT B OF ST. STANISLAUS SEMINARY, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 345, PAGES 123 AND 124 OF THE ST. LOUIS COUNTY, MISSOURI RECORDS.

Response:     Admit.

4.     On December 8, 2015, USCO grated two deeds of trust to the Fund in exchange for loans of $670,000.00 and $2,330,000.00, respectively (collectively, the "Deeds of Trust", including modification and amendments thereto).

Response:     Admit.

5.     The legal description of Property subject to the Deeds of Trust is described in each as follows:

> LOT B OF ST. STANISLAUS SEMINARY, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 345, PAGES 123 AND 124 OF THE ST. LOUIS COUNTY, MISSOURI RECORDS.

Response:     Admit.

6.     The Deeds of Trust extend to all "Mortgaged Property," which is a term defined by both Deeds of Trust to include "(1) the Land; (2) Improvements; (3) Fixtures; (4) Personality;" etc.

Response:     Admit.

7. The Deeds of Trust were duly recorded with the Recorder of Deeds for St. Louis County, Missouri, in Book 21800, Page[s] 2806-2830 and Book 21800, Page[s] 2836-2860 on December 11, 2015.

Response: Admit.

8. The Deeds of Trust constitute a security agreement and fixture filing under Missouri's UCC that perfected the Fund's security interest in the Windows upon recording.

Response: Admit.

9. BC claims that Urshan executed various agreements in 2024 to transfer ownership of the Windows to BC, which Urshan later rescinded.

Response: Admit.

Respectfully submitted,

STONE, LEYTON & GERSHMAN,
A PROFESSIONAL CORPORATION

By: /s/ *Joseph R. Dulle*
Joseph R. Dulle, #38416
7733 Forsyth Blvd., Suite #500
St. Louis, Missouri 63105
Telephone: 314/721-7011
Telecopy: 314/721-8660
Jdulle@stoneleyton.com

*Attorney for Third-Party Defendant*
*Urshan Collegiate Support Organization*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 21st , 2025, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

/s/ *Joseph R. Dulle*