UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF BOSTON COLLEGE,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> vs.  ) <br>  ) <br> URSHAN UNIVERSITY, INC.,  ) <br>  ) <br>  ) <br> Defendant.  ) | Cause No.:  4:24-cv-1523 MAL <br><br> **JURY TRIAL DEMANDED** |

_____

UNITED PENTECOSTAL CHURCH   )
DEVELOPMENT FUND, INC.,     )
                            )
        Third-Party Plaintiff,  )
                            )
vs.                         )
                            )
TRUSTEES OF BOSTON COLLEGE and  )
URSHAN UNIVERSITY, INC.,    )
                            )
        Third-Party Defendants.  )

**DEFENDANT/THIRD PARTY DEFENDANT URSHAN UNIVERSITY, INC.'S RESPONSE TO THE STATEMENT OF UNCONTROVERTED MATERIAL FACTS OF THE THIRD-PARTY PLAINTIFF UNITED PENTECOSTAL CHURCH DEVELOPMENT FUND, INC.**

COMES NOW Defendant/Third-Party Defendant Urshan University, Inc. ("University"), pursuant to Fed. R. Civ. P. 56 and E.D.Mo.L.R. 4.01(E), and for its Responses to the Statement of Unconverted Material Facts of the Third-Party Plaintiff United Pentecostal Church Development Fund, Inc. ("the Fund")(Doc. #94, as amended Doc. #96) states as follows:

1. The stained-glass windows at issue in this lawsuit (the "Windows") are part of a building located on the former campus of the St. Stanislaus Seminary at 700 Howdershell Road in Florissant, Missouri (hereinafter "Property").  Answer of Third-Party Defendant Trustees of

Boston College to First Am. Third-Party Compl., May 22, 2025 (Doc. 68), at ¶ 8 ("BC [a]dmits that the Property includes the St. Stanislaus Seminary campus located at 700 Howdershell Road in Florissant, Missouri, which includes the Windows"); Answer of Third-Party Defendant Urshan University, Inc. to First Am. Third-Party Compl., May 9, 2025 (Doc. 65), at ¶ 8 (admitting the same); Answer of Third-Party Defendant Urshan Collegiate Support Organization to First Am. Third-Party Compl., July 15, 2025 (Doc. 76), at ¶ 8 (admitting the same).

**RESPONSE**: Admitted.

2. Third-Party Defendant Urshan Collegiate Support Organization ("UCSO") owns the Property, including the Windows. Gen. Warranty Deed, Dec. 8, 2015, attached hereto as **Exhibit 1** and incorporated herein by reference; see Deposition of Jennie Russell, attached hereto as **Exhibit 2** and incorporated herein by reference, at 30:25–31:9, 32:13-15.

**RESPONSE:** Admitted.

3. The legal description of UCSO's Property is as follows:

> LOT B OF ST. STANISLAUS SEMINARY, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 345, PAGES 123 AND 124 OF THE ST. LOUIS COUNTY, MISSOURI RECORDS.

Gen. Warranty Deed (**Ex. 1**), at 1 of 2.

**RESPONSE**: Admitted.

4. On December 8, 2015, UCSO granted two deeds of trust to the Fund in exchange for loans of $670,000.00 and $2,330,000.00, respectively (collectively, the "Deeds of Trust," including modification and amendments thereto). Deed of Trust I, Dec. 8, 2015, attached hereto as **Exhibit 3**, at ¶ 58; Deed of Trust II, Dec. 8, 2015, attached hereto as **Exhibit 4**, at ¶ 58.

**RESPONSE:** Admitted.

     5.     The legal description of Property subject to the Deeds of Trust is described in each as follows:

> LOT B OF ST. STANISLAUS SEMINARY, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 345, PAGES 123 AND 124 OF THE ST. LOUIS COUNTY, MISSOURI RECORDS.

Deed of Trust I (**Ex. 3**), at "Exhibit 'A' – Description of the Land" (on p. A-1 of actual deed); Deed of Trust II (**Ex. 4**), at "Exhibit 'A' – Description of the Land" (on p. A-1 of actual deed) (also available at Doc. 46, CM/ECF PageID # 476, 501).

     **RESPONSE:** Admitted.

     6.     The Deeds of Trust extend to all "Mortgaged Property," which is a term defined by both Deeds of Trust to include "(1) the Land; (2) Improvements; (3) Fixtures; (4) Personality;" etc.  Deed of Trust I (**Ex. 3**), at § D-1(y) (p. 3 of actual deed); Deed of Trust II (**Ex. 4**), at § D-1(y) (p. 3 of actual deed) (also available at Doc. 46, CM/ECF PageID # 455-56, 481).

     **RESPONSE:** Admitted.

     7.     The Deeds of Trust were duly recorded with the Recorder of Deeds for St. Louis County, Missouri, in Book 21800, Page[s] 2806-2830 and Book 21800, Page[s] 2836-2860 on December 11, 2015. Deed of Trust I (**Ex. 3**), at pp. 1-25; Deed of Trust II (**Ex. 4**), at pp. 1-25 (also available at Doc. 46, CM/ECF PageID # 452-476, 477-501).

     **RESPONSE:** Admitted.

     8.     The Deeds of Trust constitute a security agreement and fixture filing under Missouri's UCC that perfected the Fund's security interest in the Windows upon recording. MO. REV. STAT. §§ 400.9-334,9-502; see also Deed of Trust I (**Ex. 3**), at §§ 2, 46 (p. 4-5, 18); Deed of

3

Trust II (**Ex. 4**), at §§ 2, 46 (p. 4, 18) (also available at Doc. 46, CM/ECF PageID # 456-57, 471, 482, 496).

  **RESPONSE**:  Admitted.

  9. BC claims that Urshan executed various agreements in 2024 to transfer ownership of the Windows to BC, which Urshan later rescinded.  First Am. Compl, at ¶¶ 42-50.

  **RESPONSE:**  Admitted.

                Respectfully submitted,

                **ROSENBLUM GOLDENHERSH, P.C.**

  BY: /s/ Jeffrey B. Hunt
     Jeffrey B. Hunt, #33349MO
     7733 Forsyth Boulevard, 4th Floor
     Clayton, MO   63105-1812
     (314) 726-6868
     (314) 726-6786 Facsimile
     jhunt@rgsz.com

     *Attorneys for Defendant/Third-Party Defendant Urshan University, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Court's CM/ECF system this 21st day of October 2025 which provides service upon all counsel of Record.

                                                      /s/ Jeffrey B. Hunt