IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of BOSTON COLLEGE,<br>    Plaintiff, Third Party Defendant,<br>v.<br><br>URSHAN UNIIVERSITY, INC. and<br>URSHAN COLLEGIATE SUPPORT<br>ORGANIZATION<br>      Defendants, Third Party Defendants,<br>v.<br><br>UNITED PENTECOSTAL CHURCH<br>DEVELOPMENT FUND, INC.<br>    Intervenor Plaintiff, Third Party<br>    Plaintiff. | Case No. 4:24-cv-1523-MAL |

## ORDER GRANTING JOINT MOTION TO STAY CASE PENDING MEDIATION

Upon consideration of the Joint Motion to Stay Case Pending Mediation (Doc. No. 108), with good cause having been shown, **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**; and it is further **ORDERED** that:

1. The case proceed to mediation;
2. The current Case Management Order (Doc. No. 89) is vacated;
3. Briefing on all pending motions (including Doc. Nos. 93 and 99) is stayed;
4. All notices for deposition are deemed withdrawn;
5. Within seven (7) days of mediation, and no later than January 30, 2026, the Parties must jointly submit either a notice of successful mediation or a proposed scheduling plan, which includes dates by which the Parties must respond to any currently pending motions.

IT IS SO ORDERED.

Dated this 29th day of October, 2025.

_Maria A. Lanahan_
Hon. Maria A. Lanahan
United States District Judge