# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF BOSTON COLLEGE, | ) |
| | ) |
| Plaintiff, Third Party Defendant, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-1523-MAL |
| | ) |
| URSHAN UNIVERSITY, INC. and | ) |
| URSHAN COLLEGIATE SUPPORT | ) |
| ORGANIZATION | ) |
| | ) |
| Defendants, Third Party Defendants, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED PENTECOSTAL CHURCH | ) |
| DEVELOPMENT FUND, INC. | ) |
| | ) |
| Intervenor Plaintiff, Third Party Plaintiff. | ) |

## CONSENT MOTION FOR EXTENSION OF TIME

COMES NOW Plaintiff Trustees of Boston College's ("Plaintiff" or "Boston College"), and, pursuant to Federal Rule of Civil Procedure 6(b) and Rule 1.05 of the Eastern District of Missouri Local Rules, moves this Court for an extension of time up through and including January 13, 2026, for Plaintiff to respond to Intervenor United Pentecostal Church Development Fund, Inc. (the "Fund")'s Motion for Partial Summary Judgment (ECF No. 93). In support of its Consent Motion, Plaintiff states as follows:

1. On October 7, 2025, the Fund filed its Motion for Partial Summary Judgment (ECF No. 93.)

2. Prior to the response deadline, the parties jointly moved to stay the case pending mediation. (ECF No. 108.)

3. After mediation was unsuccessful, the Parties filed a Joint Scheduling Plan, setting a deadline of December 23, 2025 to respond to the Fund's Motion for Partial Summary Judgment. (ECF No. 110.)

4. In light of recent document productions from the Fund, counsel for Plaintiff must withdraw from this matter due to a potential conflict with non-party UPCI as recent discovery indicates that UPCI may have discoverable information relevant to this dispute.

5. Plaintiff is attempting to retain substitute counsel, but given the deadline to respond to the Fund's Motion and the upcoming holidays, additional time is needed to allow substitute counsel to be retained and have sufficient time to respond.

6. Plaintiff's counsel has contacted counsel for the Fund, who has consented to an additional three weeks to respond to the Fund's Motion for Partial Summary Judgment (up to and including January 13, 2026).

7. The additional time requested herein will not prejudice any party and is not made for any improper purpose. Good cause exists for the requested relief.

WHEREFORE, Plaintiff Trustees of Boston College respectfully requests that this Court grant the instant Motion and allow Plaintiff Trustees of Boston College up through and including January 13, 2026, to file a response to Intervenor United Pentecostal Church Development Fund, Inc.'s Motion for Partial Summary Judgment.

Dated: December 23, 2025                    Respectfully submitted,

                                                             **LEWIS RICE LLC**

                                                             By:    <u>/ s / Sarah A. Milunski</u>
                                                                         Winthrop B. Reed, III #42840
                                                                         Sarah A. Milunski, #65112
                                                                         600 Washington Avenue, Suite 2500
                                                                         St. Louis, MO 63101
                                                                         314-444-7617 (Telephone)
                                                                         314-612-7617 (Facsimile)
                                                                         wreed@lewisrice.com
                                                                         smilunski@lewisrice.com

                                            *Attorneys for Plaintiff Trustees of Boston College*

3