# EXHIBIT C

UNITED PENTECOSTAL CHURCH DEVELOPMENT FUND, INC.
DBA: UNITED PENTECOSTAL CHURCH LOAN FUND

Notes to Consolidated Financial Statements

June 30, 2025, 2024, and 2023

6. RELATED PARTY TRANSACTIONS:
   The Fund has engaged the UPCI to provide day to day oversight and management of the Fund. REDACTED

REDACTED

REDACTED

(19)