# **EXHIBIT 2**

UNITED PENTECOSTAL CHURCH DEVELOPMENT FUND, INC
d/b/a UNITED PENTECOSTAL CHURCH LOAN FUND

Minutes of the Board of Directors
September 11, 2024

A ZOOM meeting of the Board of Directors ("Board") for the United Pentecostal Church Development Fund, Inc. ("Fund"), was called to order on September 11, 2024, at 11:00 a.m. CDST.

Board members present were:

   Bro. David K. Bernard, Chairman

Redacted

1