# **EXHIBIT 4**

Redacted



Redacted

URSHAN 0172
CONFIDENTIAL
REDACTED