# EXHIBIT 5



**From:** David K. Bernard <dbernard@upci.org>
**Sent:** Monday, January 27, 2025 10:14 PM
**To:** Rick Lovall <rlovall@upci.org>
**Subject:** Boston College

Bro. Lovall:

In Boston College's response, they make a big deal of the fact that I am a member of the Urshan Board and also chairman of the Loan Fund Board. Thus, they say the Loan Fund knew about the alleged contract and didn't object to it.

# Redacted

While I was aware in general terms that they wanted to find a buyer for the windows if they couldn't find a buyer for the campus,                    Redacted

# Redacted

**CONFIDENTIAL**