# EXHIBIT 6

PENTECOSTAL CHURCH DEVELOPMENT FUND, INC
d/b/a UNITED PENTECOSTAL CHURCH LOAN FUND

Minutes of the Board of Directors
October 21, 2022

# Redacted

1

CONFIDENTIAL                                                                UPCDF 1168