# EXHIBIT 7

 Outlook

## Re: Urshan line of credit

**From** Brent Coltharp <bcoltharp@urshan.edu>
**Date** Thu 12/4/2025 5:49 PM
**To** Billy Babb <bbabb@upci.org>; Frank Buchanan <fbuchanan@urshan.edu>; Jennie Russell <jrussell@urshan.edu>; Rick Lovall <rlovall@upci.org>

# Redacted

On Dec 4, 2025 at 5:08 PM -0600, Billy Babb <bbabb@upci.org>, wrote:

Redacte

After speaking with Bro. Lovall today, I understand UPCLF has reopened the line of credit to Urshan, which has an available balance of  Redacted  based on the FSA filings through the current Fall semester. I also understand that Urshan may need additional temporary funding from UPCI which I discussed with Bro. Bernard today.    Redacted
     Redacted          However, he would like to see a more in-depth analysis of the operational metrics of how and when the receivables from DOE will catch up with the debt owed to both UPCI and UPCLF.        Redacted

Redacted