# **EXHIBIT 8**

# Redacted

**From:** Jonathan Perry
**Sent:** Wednesday, January 7, 2026 10:06 AM
**To:** Billy Babb <bbabb@upci.org>
**Cc:** Rick Lovall <rlovall@upci.org>
**Subject:** Urshan LOC Docs

Hello Bro. Babb,

Please see the attached Redacted Redacted document that was submitted by Urshan to serve as collateral on the advance of funds. Redacted Redacted

# Redacted

CONFIDENTIAL                                                                                                            UPCDF 1504