# EXHIBIT 9

Redacted

From Rick Lovall <rlovall@upci.org>
Date Wed 12/31/2025 2:21 PM
To    David K. Bernard <dbernard@upci.org>

Redacted

Our legal team is working to facilitate a mutual legal agreement that would include the UPCI as the guarantor for the debt. We believe this would better position everyone against any veil piercing action by BC, Redacted

Redacted

CONFIDENTIAL