# EXHIBIT 10

Redacted

From: David K. Bernard <dbernard@upci.org>
Sent: Thursday, January 23, 2025 1:30:14 PM
To: Rick Lovall <rlovall@upci.org>
Subject: RE: Boston College Litigation

Redacted

I would say for now the Loan Fund should pay the expenses to make sure it is seen as legally independent of Urshan. Redacted

Otherwise, if the Loan Fund is profitable, we might consider allocate this expanse as a donation to Urshan.

Redacted

