**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF BOSTON COLLEGE, | ) | |
| | ) | |
| Plaintiff, Third Party Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-1523-MAL |
| | ) | |
| URSHAN UNIVERSITY, INC. and | ) | |
| URSHAN COLLEGIATE SUPPORT | ) | |
| ORGANIZATION | ) | |
| | ) | |
| Defendants, Third Party Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED PENTECOSTAL CHURCH | ) | |
| DEVELOPMENT FUND, INC. | ) | |
| | ) | |
| Intervenor Plaintiff, Third Party | ) | |
| Plaintiff. | ) | |

**PLAINTIFF TRUSTEES OF BOSTON COLLEGE'S REPLY IN SUPPORT OF
SUPPLEMENTAL BRIEF IN SUPPORT OF ITS RULE 56(d) MOTION TO DENY
INTERVENOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS
PREMATURE OR, IN THE ALTERNATIVE,
FOR A STAY OF SUMMARY JUDGMENT BRIEFING[1]**

The Fund states that the board minutes from two separate meetings identifying Frank

Buchanan as UPCI's CFO were "corrected" at the next Urshan Support board meetings, "reflecting

the board's review and approval process." ECF 146 at 2. But, contrary to the Fund's narrative, the

---

[1] Because Boston College's supplemental filing simply alerted the Court to newly produced documents not previously available prior to their March 24, 2026 production by Urshan Collegiate Support Organization ("Urshan Support" or "UCSO"), akin to a notice of supplemental authority, Boston College did not seek leave under Local Rule 4.01(C) to file its supplemental filing. *See, e.g., Jones v. Papa John's Int'l, Inc.*, Case No. 4:23-cv-00023-SRC (E.D. Mo.), Doc. 36 (explaining that notices of supplemental authority do not trigger Rule 4.01(C)'s requirements). However, because the Fund's opposition—also filed without leave of Court—mischaracterizes the substance of these newly produced documents, Boston College respectfully requests leave under Local Rule 4.01(C) to submit this reply brief addressing those mischaracterizations.

4906-8950-7234

minutes from those next two board meetings show that *no* such corrections were made:

> 1. **Business session (2:50 PM)**
>    1. Chairman Brent Coltharp called the meeting to order.
>    2. The minutes from our last meeting, November 7, 2024, were provided to the committee members.
>    3. **The Chairman called for the reading of the minutes. Tim Gaddy made a motion to approve the minutes as printed. Penuel Clement made the second. The motion carried.**

ECF 140-2 (UCSO-0582) (minutes from May 8, 2025 meeting, approving November 7, 2024 minutes without correction).

> 1. **Business session (12:55 PM)**
>    1. Chairman Brent Coltharp called the meeting to order.
>    2. The minutes from our last meeting, May 8, 2025, were provided to the committee members.
>    3. **The Chairman called for the reading of the minutes. Michael Ensey made a motion to approve the minutes as printed. DJ Hill made the second. The motion carried.**

Exhibit A (UCSO-0584) (minutes from November 6, 2025 meeting, approving May 8, 2025 minutes without correction).

The Fund also refers to a "corrected version" of the Urshan Support minutes. ECF 146 at 2. But the Fund never provides the Court a copy of this so-called "corrected version." To the extent the Fund is referring to the Urshan Support's board minutes produced in October 2025 as UCSO-0522 (dated November 7, 2024) and UCSO 0530 (dated May 8, 2025), the available evidence indicates that those documents were altered on September 9, 2025, prior to production, by one of Urshan Support's board members.

According to the available metadata, these supposed "corrected" minutes were created on September 9, 2025—*in the middle of litigation* and months after the minutes were allegedly recorded—and were created by a key witness in this case: Jennie Russell, Urshan's Executive Vice President. *See* Affidavit of Lisa Tucker, Senior Litigation Technology Case Manager, Exhibit B

2

¶¶ 5-6. None of the other board minutes previously produced by Urshan Support bear similar metadata. *Id.* ¶¶ 7-8.

Notably, Urshan Support's corporate representative could not explain the differences between the two versions of the same meeting minutes:

> Q. Dr. Coltharp, do you know why UCSO would produce different versions of minutes from meetings that occurred on the same date and that are prepared by the same secretary?
>
> A. I have no idea of different meetings minutes presented.
>
> Q. Has anyone on the UCSO board authorized UC- -- UCSO to maintain different minutes – minutes that vary for the same board meeting?
>
> A. No.

Exhibit C at 300:7-16.

The original, unaltered documents were not produced to Boston College until March 24, 2026, and without any disclosure of the material alterations in the prior production. Urshan Support, which produced the altered documents, has been silent on this issue, failing to respond to Boston College's March 30, 2026 correspondence regarding the altered documents. Exhibit D. Accordingly, Boston College served written discovery requests on Urshan Support earlier this month relating to this issue. The parties are also arranging the deposition of an Urshan Support representative with knowledge of the board minutes as well as the deposition of Jennie Russell, the person apparently responsible for the alteration of these minutes. If discovery confirms that such improper changes were made, Boston College will file an appropriate motion. Boston College reserves its right to seek all available relief on this issue.

Finally, the Fund's argument that "Dr. Coltharp testified unequivocally that 'Frank Buchanan has never been the CFO of UPCI'" is irrelevant. Dr. Coltharp does not have a role with UPCI, so he is not competent to testify as to whether Frank Buchanan was its CFO. Exhibit C at 52:25 ("I don't have a role with UPCI."). And, Dr. Coltharp's testimony was actually as follows:

3

Q. What roles, if any, has Frank Buchanan had with UPCI?

A. I'm not sure.

*Id.* at 305:10-12.

Q. Okay. If you speak with Mr. Baughman or Ms. Russell or anybody else who gives more detail on that, would you please pass that to your counsel?

A. Yes.

Q. Okay. Because right now, there's no written record that -- that provides us that confirmation; correct?

A. Not here, no.

Q. Okay. And if you find that written that confirms it, would you please provide that to your counsel?

A. Yes.

Q. Okay. We request that you do. Thank you.

*Id.* at 308:11-23 (Transcript, March 26, 2026). To date, Boston College has received no such confirmation, or any response to its March 30, 2026 correspondence to Urshan Support regarding the alterations. Exhibit D.

Dated: April 27, 2026

Respectfully submitted,

HUSCH BLACKWELL LLP

By:  /s/ *Glennon P. Fogarty*
    Glennon P. Fogarty #42983MO
    Tanner M. Cook #71846MO
    8001 Forsyth Boulevard, Suite 1500
    St. Louis, Missouri 63105
    (314) 480-1500
    (314) 480-1505 (fax)
    Glennon.Fogarty@huschblackwell.com
    Tanner.Cook@huschblackwell.com

*Attorney for Plaintiff Trustees of Boston College*

4