# Exhibit D

| **From:** | Cook, Tanner |
|---|---|
| **Sent:** | Monday, March 30, 2026 10:39 AM |
| **To:** | Dulle, Joe |
| **Cc:** | Theresa A. Phelps; David G. Bender; Steven Hall; Heather Igoe; Kingston, John S.; Fogarty, Glennon; Rector, Madison |
| **Subject:** | Letter re Alteration of UCSO Meeting Minutes |
| **Attachments:** | UCSO - Letter re Alteration of Meeting Minutes .pdf |

Joe,

Please see the attached correspondence regarding the unexplained discrepancies in UCSO's meeting minutes. Given the seriousness of this issue, and the proximity of the trial date, we're requesting a response by close of business today.

Thank you,

**Tanner Cook**
**Senior Associate**

**HUSCH BLACKWELL**

8001 Forsyth Boulevard
Suite 1500
St. Louis, MO 63105-1706

Direct: 314-345-6591
Fax: 314-480-1505
Tanner.Cook@huschblackwell.com
huschblackwell.com
vBio|vCard

**Healthcare, Life Sciences, & Education**

**Commercial Litigation**

**Husch Blackwell is a different kind of law firm—structured around our clients' industries and built on a culture of selfless service. Our 1000+ lawyers collaborate across the U.S. from more than 20 offices and our virtual office, The Link, to provide uncommon to our clients' most complex challenges.**

# HUSCH BLACKWELL

Tanner M. Cook
Senior Associate

8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Direct: 314.345.6591
Fax: 314.480.1505
tanner.cook@huschblackwell.com

March 30, 2026

**VIA E-MAIL**

Joseph R. Dulle
Stone, Leyton & Gershman, P.C.
7733 Forsyth Blvd., Suite #500
St. Louis, Missouri 63105
jdulle@stoneleyton.com

Re:     *Trustees of Boston College v. Urshan University, Inc.*, Case No.: 4:24-cv-1523-MAL;
         *Urshan Collegiate Support Organization v. Trustees of Boston College*, 25SL-CC07604;
         – UCSO Alteration of Board Meeting Minutes

Dear Joe,

We write with serious concerns regarding UCSO's March 24, 2026, supplemental production of UCSO's meeting minutes. As you aware, during the deposition of UCSO's corporate representative, it came to light that certain meeting minutes contained in UCSO's supplemental production materially differed from the same meeting minutes produced earlier in this case. For example, the November 7, 2024, meeting minutes previously produced did not identify Frank Buchanan as UPCI's CFO, but the November 7, 2024, meeting minutes produced on March 24, 2026, did.

After further comparing the previously produced minutes with UCSO's March 24, 2026, supplemental production, we have identified the following additional discrepancies, which suggest that there have been deliberate, material alterations to the documents.

***First***, the November 7, 2024, meeting minutes previously produced stated that "David Bernard noted that the sell of the Howdershell property will enable ***UCSO*** to clear debt and initiate the launch of planned improvements on building D, including the new chapel and classrooms." UCSO-0523 (emphasis added). The recently produced minutes for the same meeting, however, state that "David Bernard noted that the sell of the Howdershell property will enable ***Urshan*** to clear debt and initiate the launch of planned improvements on building D, including the new chapel and classrooms." UCSO-0581 (emphasis added). See highlighted screenshots below for reference:

HB: 4910-3383-2860.1

# HUSCH BLACKWELL

March 30, 2026
Page 2

**Urshan Collegiate Services Organization (UCSO)**
**Board of Directors meeting**
**Wentzville Campus**
**November 7, 2024**

**Members Present:** Marked "X" below (alphabetical order)

| | | | |
|---|---|---|---|
| X | Terry Baughman, Secretary (ex officio) | X | Tim Gaddy |
| X | David K Bernard, Chancellor (ex officio) | X | DJ Hill (ex officio) |
| X | Steve Boyd | X | Kristin Keller |
| X | Clement, Penuel | X | Nan Pamer, Treasurer |
| X | Brent Coltharp, Chairman (ex officio) | X | David Reever |
| X | Michael Ensey, Vice-Chair (ex officio) | X | Jennie Russell, Exec VP (ex officio) |

1.  **Business session (1:15 PM)**
    1.  Chairman Brent Coltharp called the meeting to order.
    2.  The minutes from our last meeting, May 9, 2024, were provided to the committee members.
    3.  **The Chairman called for the reading of the minutes. Michael Ensey made a motion to approve the minutes as printed. Tim Gaddy made the second. The motion carried.**

2.  **UCSO Financial Report**
    1.  The financial report for UCSO was presented by Frank Buchanan, CFO for Urshan University.
    2.  **A motion was made to approve the report by David Reever. The motion was seconded by Penuel Clement. The motion carried.**

3.  **Howdershell Property**
    1.  Chairman Coltharp gave an update on the Howdershell Property.
    2.  Jennie Russel reported that Gateway Legacy is paying their monthly payment. These payments are scheduled into the next year.
    3.  Steven Stogel is a local developer who has restored other properties including the St. Louis Post Office. As of today, he has asked for 45 more days to explore the tax credits available.
    4.  Negotiations continue between lawyers as the restoration project is being studied. Boston college is not taking any additional steps or filed suit against us (concerning the stained-glass windows). Sale price discussed is $2.5 million for the entire parcel, though we would like to get the bottom line back to $3 million.

1

USCO-0522

5.  David Bernard noted that the sell of the Howdershell property will enable UCSO to clear debt and initiate the launch of planned improvements on building D, including the new chapel and classrooms.

**HUSCH BLACKWELL**

March 30, 2026
Page 3

**Urshan Collegiate Services Organization (UCSO)**
**Board of Directors meeting**
**Wentzville Campus**
**November 7, 2024**

**Members Present:** Marked "X" below (alphabetical order)

| | | | |
|---|---|---|---|
| X | Terry Baughman, Secretary (ex officio) | X | Tim Gaddy |
| X | David K Bernard, Chancellor (ex officio) | X | DJ Hill (ex officio) |
| X | Steve Boyd | X | Kristin Keller |
| X | Clement, Penuel | X | Nan Pamer, Treasurer |
| X | Brent Coltharp, Chairman (ex officio) | X | David Reever |
| X | Michael Ensey, Vice-Chair (ex officio) | X | Jennie Russell, Exec VP (ex officio) |

1. **Business session (1:15 PM)**
   1. Chairman Brent Coltharp called the meeting to order.
   2. The minutes from our last meeting, May 9, 2024, were provided to the committee members.
   3. **The Chairman called for the reading of the minutes. Michael Ensey made a motion to approve the minutes as printed. Tim Gaddy made the second. The motion carried.**

2. **UCSO Financial Report**
   1. The financial report for UCSO was presented by Frank Buchanan, CFO for Urshan University and UPCI.
   2. **A motion was made to approve the report by David Reever. The motion was seconded by Penuel Clement. The motion carried.**

3. **Howdershell Property**
   1. Chairman Coltharp gave an update on the Howdershell Property.
   2. Jennie Russel reported that Gateway Legacy is paying their monthly payment. These payments are scheduled into the next year.
   3. Steven Stogel is a local developer who has restored other properties including the St. Louis Post Office. As of today, he has asked for 45 more days to explore the tax credits available.
   4. Negotiations continue between lawyers as the restoration project is being studied. Boston college is not taking any additional steps or filed suit against us (concerning the stained-glass windows). Sale price discussed is $2.5 million for the entire parcel, though we would like to get the bottom line back to $3 million.

1

UCSO-0580

5. David Bernard noted that the sell of the Howdershell property will enable Urshan to clear debt and initiate the launch of planned improvements on building D, including the new chapel and classrooms.

HB: 4910-5585-2600.1

# HUSCH BLACKWELL

March 30, 2026
Page 4

This alteration is highly concerning. One of the key issues in both cases is whether Urshan and UCSO operate as alter egos of each other. The revision of the November 7, 2024, meeting minutes to say "UCSO" rather than "Urshan" thus obfuscates a critical issue in these cases and deprives Boston College of its right to full and fair discovery and its ability to prepare its claims and defenses.

*Second*, the recently produced meeting minutes for both the November 7, 2024, and May 8, 2025, meetings indicate, for the very first time, that Frank Buchanan served as UPCI's CFO. *See* UCSO-0580 and UCSO-0582. This is a material difference from the previously produced meeting minutes for the November 7, 2024, and May 8, 2025, meeting minutes. *See* UCSO-0522, UCSO 0530. Again, so that there is no doubt on this point, below are screenshots evidencing the differences between these meeting minutes:

HB: 4910-3383-2860.1

**HUSCH BLACKWELL**

March 30, 2026
Page 5

**Urshan Collegiate Services Organization (UCSO)**
**Board of Directors meeting**
**Wentzville Campus**
**November 7, 2024**

**Members Present:** Marked "X" below (alphabetical order)

| | | | |
|---|---|---|---|
| X | Terry Baughman, Secretary (ex officio) | X | Tim Gaddy |
| X | David K Bernard, Chancellor (ex officio) | X | DJ Hill (ex officio) |
| X | Steve Boyd | X | Kristin Keller |
| X | Clement, Penuel | X | Nan Pamer, Treasurer |
| X | Brent Coltharp, Chairman (ex officio) | X | David Reever |
| X | Michael Ensey, Vice-Chair (ex officio) | X | Jennie Russell, Exec VP (ex officio) |

1. **Business session (1:15 PM)**
   1. Chairman Brent Coltharp called the meeting to order.
   2. The minutes from our last meeting, May 9, 2024, were provided to the committee members.
   3. **The Chairman called for the reading of the minutes. Michael Ensey made a motion to approve the minutes as printed. Tim Gaddy made the second. The motion carried.**

2. **UCSO Financial Report**
   1. The financial report for UCSO was presented by Frank Buchanan, CFO for Urshan University.
   2. **A motion was made to approve the report by David Reever. The motion was seconded by Penuel Clement. The motion carried.**

3. **Howdershell Property**
   1. Chairman Coltharp gave an update on the Howdershell Property.
   2. Jennie Russel reported that Gateway Legacy is paying their monthly payment. These payments are scheduled into the next year.
   3. Steven Stogel is a local developer who has restored other properties including the St. Louis Post Office. As of today, he has asked for 45 more days to explore the tax credits available.
   4. Negotiations continue between lawyers as the restoration project is being studied. Boston college is not taking any additional steps or filed suit against us (concerning the stained-glass windows). Sale price discussed is $2.5 million for the entire parcel, though we would like to get the bottom line back to $3 million.

1

USCO-0522

HB: 4910-3383-2860.1

**HUSCH BLACKWELL**

March 30, 2026
Page 6

**Urshan Collegiate Services Organization (UCSO)**
**Board of Directors meeting**
**Wentzville Campus**
**November 7, 2024**

**Members Present:** Marked "X" below (alphabetical order)

| | | | |
|---|---|---|---|
| X | Terry Baughman, Secretary (ex officio) | X | Tim Gaddy |
| X | David K Bernard, Chancellor (ex officio) | X | DJ Hill (ex officio) |
| X | Steve Boyd | X | Kristin Keller |
| X | Clement, Penuel | X | Nan Pamer, Treasurer |
| X | Brent Coltharp, Chairman (ex officio) | X | David Reever |
| X | Michael Ensey, Vice-Chair (ex officio) | X | Jennie Russell, Exec VP (ex officio) |

1. **Business session (1:15 PM)**
   1. Chairman Brent Coltharp called the meeting to order.
   2. The minutes from our last meeting, May 9, 2024, were provided to the committee members.
   3. **The Chairman called for the reading of the minutes. Michael Ensey made a motion to approve the minutes as printed. Tim Gaddy made the second. The motion carried.**

2. **UCSO Financial Report**
   1. The financial report for UCSO was presented by Frank Buchanan, CFO for Urshan University and UPCI.
   2. **A motion was made to approve the report by David Reever. The motion was seconded by Penuel Clement. The motion carried.**

3. **Howdershell Property**
   1. Chairman Coltharp gave an update on the Howdershell Property.
   2. Jennie Russel reported that Gateway Legacy is paying their monthly payment. These payments are scheduled into the next year.
   3. Steven Stogel is a local developer who has restored other properties including the St. Louis Post Office. As of today, he has asked for 45 more days to explore the tax credits available.
   4. Negotiations continue between lawyers as the restoration project is being studied. Boston college is not taking any additional steps or filed suit against us (concerning the stained-glass windows). Sale price discussed is $2.5 million for the entire parcel, though we would like to get the bottom line back to $3 million.

1

UCSO-0580

HB: 4910-3383-2860.1

**HUSCH BLACKWELL**

March 30, 2026
Page 7

**Urshan Collegiate Services Organization (UCSO)**
**Board of Directors meeting**
**Wentzville Campus**
**May 8, 2025**

**Members Present:** Marked "X" below (alphabetical order)

| | | | |
|---|---|---|---|
| X | Terry Baughman, Secretary (ex officio) | X | Michael Ensey, Vice-Chair (ex officio) |
| X | David K Bernard, Chancellor (ex officio) | X | Tim Gaddy |
| X | Jim Booker | X | DJ Hill (ex officio) |
| | Steve Boyd | X | Nan Pamer, Treasurer |
| X | Clement, Penuel | X | David Reever |
| X | Brent Coltharp, Chairman (ex officio) | X | Jennie Russell, Exec VP (ex officio) |

1.  **Business session (2:50 PM)**
    1.  Chairman Brent Coltharp called the meeting to order.
    2.  The minutes from our last meeting, November 7, 2024, were provided to the committee members.
    3.  **The Chairman called for the reading of the minutes. Tim Gaddy made a motion to approve the minutes as printed. Penuel Clement made the second. The motion carried.**

2.  **UCSO Financial Report**
    1.  The financial report for UCSO was presented by Frank Buchanan, CFO for Urshan University.
    2.  **A motion was made to approve the report by Jim Booker. The motion was seconded by Michael Ensey. The motion carried.**

3.  **UCSO Bylaws review**
    1.  The Bylaws for UCSO were distributed to members before the meeting to allow time for review.
    2.  Chairman Coltharp asked for members feedback after the review.
    3.  It was noted that the county should be changed from "St Louis County" to "St Charles County"
    4.  After the changed name of Urshan College to Urshan University, that change is also needed in the Bylaws.
    5.  No other changes were proposed.
    6.  The motion to approve the Bylaws with these edits was made by David Reever. The Second was made by Michael Ensey. The motion carried.

1

USCO-0530

HB: 4910-3383-2860.1

**HUSCH BLACKWELL**

March 30, 2026
Page 8

**Urshan Collegiate Services Organization (UCSO)**
**Board of Directors meeting**
**Wentzville Campus**
**May 8, 2025**

**Members Present:** Marked "X" below (alphabetical order)

| | | | |
|---|---|---|---|
| X | Terry Baughman, Secretary (ex officio) | X | Michael Ensey, Vice-Chair (ex officio) |
| X | David K Bernard, Chancellor (ex officio) | X | Tim Gaddy |
| X | Jim Booker | X | DJ Hill (ex officio) |
| | Steve Boyd | X | Nan Pamer, Treasurer |
| X | Clement, Penuel | X | David Reever |
| X | Brent Coltharp, Chairman (ex officio) | X | Jennie Russell, Exec VP (ex officio) |

1. **Business session (2:50 PM)**
   1. Chairman Brent Coltharp called the meeting to order.
   2. The minutes from our last meeting, November 7, 2024, were provided to the committee members.
   3. **The Chairman called for the reading of the minutes. Tim Gaddy made a motion to approve the minutes as printed. Penuel Clement made the second. The motion carried.**

2. **UCSO Financial Report**
   1. The financial report for UCSO was presented by Frank Buchanan, CFO for Urshan University and UPCI.
   2. **A motion was made to approve the report by Jim Booker. The motion was seconded by Michael Ensey. The motion carried.**

3. **UCSO Bylaws review**
   1. The Bylaws for UCSO were distributed to members before the meeting to allow time for review.
   2. Chairman Coltharp asked for members feedback after the review.
   3. It was noted that the county should be changed from "St Louis County" to "St Charles County"
   4. After the changed name of Urshan College to Urshan University, that change is also needed in the Bylaws.
   5. No other changes were proposed.
   6. The motion to approve the Bylaws with these edits was made by David Reever. The Second was made by Michael Ensey. The motion carried.

1

UCSO-0582

HB: 4910-3383-2860.1

**HUSCH BLACKWELL**

March 30, 2026
Page 9

The alteration of these meeting minutes is particularly concerning because UCSO's subsequent meeting minutes do not indicate that UCSO's Board approved any such revisions to either the November 7, 2024, or May 8, 2025, meeting minutes. In fact, the minutes were approved *as printed*. *See* UCSO-0530 and UCSO-0582 ("The minutes from our last meeting, November 7, 2024, were provided to the committee members. . . . The Chairman called for the reading of the minutes. Tim Gaddy made a motion to approve the minutes as printed. Penuel Clement made the second. The motion carried."); UCSO-0584 ("The minutes from our last meeting, May 8, 2025, were provided to the committee members. . . . The Chairman called for the reading of the minutes. Michael Ensey made a motion to approve the minutes as printed. DJ Hill made the second. The motion carried."). Further, Dr. Coltharp testified during UCSO's corporate representative deposition that no one on the UCSO Board is authorized to maintain copies of meeting minutes that vary from the official minutes and that the Board does not maintain multiple sets of minutes for each meeting.

Clearly, someone altered these minutes at some point in time to either add or remove references to Frank Buchanan as UPCI's CFO and to switch the reference of "Urshan" to "UCSO," or vice versa. And, because the May 8, 2025, board meeting took place after Boston College had filed suit, at least some of these alterations took place during the pendency of litigation. As noted, we have identified three instances in which Board meeting minutes have been altered so far—our review continues.

We need to understand who made these alterations, when they made these alterations, why they made these alterations, and why UCSO only recently made its March 24, 2026, supplemental production. We are therefore requesting that UCSO immediately reproduce all UCSO board meeting minutes in their native format, including all metadata. We are also requesting that UCSO produce all written communications, including without limitation, emails comprising, referring to, or relating to any edits, revisions, or modifications of the meeting minutes. Once we have those records, Boston College will want to depose the UCSO representative most knowledgeable about the edits, inconsistencies, modifications, and revisions to UCSO meeting minutes and communications regarding same. Due to the proximity of the Missouri state court trial, we proposed that the deposition be taken on Wednesday April 1, 2026, but we would be amenable to the deposition occurring the morning of Thursday April 2, 2026.

Thank you in advance for your prompt attention,

Sincerely,

Tanner M. Cook

HB: 4910-3383-2860.1

# HUSCH BLACKWELL

March 30, 2026
Page 10


Cc:
Theresa Phelps
David Bender
Rosenblum Goldenhersh, P.C.
7733 Forsyth, 4th Floor
Clayton, Missouri 63105-1812
dbender@rgsz.com
tphelps@rgsz.com
*Counsel for Urshan University, Inc.*,

Steven Hall
Heather Igoe
Mickes O'Toole, LLC
12412 Powerscourt Drive, Suite 200,
St. Louis, Missouri 63131
shall@mickesotoole.com
higoe@mickesotoole.com
*Counsel for United Pentecostal Church Development Fund, Inc.*,

John Kingston
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101
jkingston@thompsoncoburn.com
*Counsel for United Pentecostal Church International*

HB: 4910-3383-2860.1