**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF BOSTON COLLEGE, | ) | |
| | ) | |
| Plaintiff, Third Party Defendant, | ) | |
| | ) | |
| v. | ) | Case No.: 4:24-cv-01523-MAL |
| | ) | |
| URSHAN UNIVERSITY, INC. and | ) | |
| URSHAN COLLEGIATE SUPPORT | ) | |
| ORGANIZATION, | ) | |
| | ) | |
| Defendants, Third Party Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED PENTECOSTAL CHURCH | ) | |
| DEVELOPMENT FUND, INC., | ) | |
| | ) | |
| Intervenor Plaintiff, Third Party | ) | |
| Plaintiff. | ) | |

**JOINT MOTION TO STAY PROCEEDINGS**

COMES NOW the parties—Plaintiff/Third Party Defendant Trustees of Boston College ("Boston College"), Defendants/Third Party Defendants Urshan University, Inc. ("Urshan") and Urshan Collegiate Support Organization ("UCSO"), and Intervenor/Third Party Plaintiff United Pentecostal Church Development Fund, Inc. (the "Fund") (collectively, the "Parties")—and hereby jointly move the Court for a stay of proceedings, stating as follows:

1.    On November 14, 2024, Boston College filed suit in this Court against Urshan. ECF 1.

2.    On February 5, 2025, the Fund intervened and asserted claims against Boston College and Urshan. ECF 35.

3.    On April 10, 2025, the Court entered a preliminary injunction against Urshan and in favor of Boston College. ECF 58.

4938-1817-2089

4.      On May 5, 2025, the Fund amended its third-party complaint to add claims against UCSO. ECF 62.

5.      On May 8, 2025, Boston College filed an amended complaint against Urshan. ECF 64.

6.      On July 9, 2025, UCSO filed a quiet title action in the Circuit Court of St. Louis County. *See* Case No. 25SL-CC07604.

7.      On October 10, 2025, Boston College filed a motion for leave to file a second amended complaint, in which it sought to assert claims against UCSO. ECF 99. Boston College's motion remains pending.

8.      In light of the complexities of this case and the parallel state court case, the Parties have agreed to consolidate both cases into a single action in the Circuit Court of St. Louis County.

9.      To facilitate this consolidation, the Parties request a short stay of these proceedings—up to and including August 2, 2026—to allow the Parties to finalize their amended pleadings in the Circuit Court and obtain a consent injunction.

10.     This Joint Motion is submitted without prejudice to the Parties' respective claims and defenses.

11.     Provided the Parties are able to successfully consolidate the various disputes in the Circuit Court, they will then dismiss without prejudice all claims currently pending in this matter.

WHEREFORE, the Parties respectfully request that this Court stay all proceedings in this matter until August 2, 2026, at which point the Parties intend to dismiss without prejudice to all pending claims and defenses.

Dated: July 10, 2026

Respectfully submitted,

**HUSCH BLACKWELL LLP**

 */s/ Tanner M. Cook*
Glennon P. Fogarty, #42983MO
Tanner M. Cook, #71846MO
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
(314) 480-1500
(314) 480-1505 (fax)
Glennon.Fogarty@huschblackwell.com
Tanner.Cook@huschblackwell.com
***Attorneys for Plaintiff***

**THOMPSON COBURN LLP**

 */s/  John S. Kingston* (w/consent)
John S. Kingston, #51403MO
Christopher L. Clark, #72747MO
One US Bank Plaza
St. Louis, MO  63101
(314) 552-6000
jkingston@thompsoncoburn.com
cclark@thompsoncoburn.com
***Co-counsel for Defendant/Third-Party Defendant Urshan University, Inc.***

**MICKES O'TOOLE LLC**

 /s/ Steven D. Hall (w/consent)
Steven D. Hall, #MO56762
Heather Igoe, MO68744
12412 Powerscourt Drive, Suite 200
St. Louis, MO 63131
(314) 878-5600
(314) 878-5607 (fax)
shall@mickesotoole.com
higoe@mickesotoole.com
***Attorneys for Intervenor/Third-Party Plaintiff United Pentecostal Church Development Fund, Inc.***

**STONE AND LEYTON**

 */s/ Joseph R. Dulle (w/consent)*
Joseph R. Dulle, #38416
7733 Forsyth Boulevard, Suite 500
Clayton, MO 63105
(314) 721-7011
(314) 721-8660 fax
jdulle@stoneleyton.com
***Attorneys for Third-Party Defendant***
***Urshan Collegiate Support Organization***