**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF BOSTON COLLEGE,<br><br>Plaintiff, Third Party Defendant,<br><br>v.<br><br>URSHAN UNIVERSITY, INC. and URSHAN COLLEGIATE SUPPORT ORGANIZATION,<br><br>Defendants, Third Party Defendants,<br><br>v.<br><br>UNITED PENTECOSTAL CHURCH DEVELOPMENT FUND, INC.,<br><br>Intervenor Plaintiff, Third Party Plaintiff. | ) | Case No.: 4:24-cv-01523-MAL |

**NOTICE OF SETTLEMENT IN PRINCIPLE**

COME NOW the parties—Plaintiff/Third Party Defendant Trustees of Boston College ("Boston College"), Defendants/Third Party Defendants Urshan University, Inc. ("Urshan") and Urshan Collegiate Support Organization ("UCSO"), and Intervenor Plaintiff/Third Party Plaintiff United Pentecostal Church Development Fund, Inc. (the "Fund") (collectively, the "Parties")—and hereby jointly notify the Court that they have reached a settlement agreement in principle as to all claims in this case and the parallel proceeding in the Circuit Court for St. Louis County, Case No. 25SL-CC07604.

WHEREFORE, in order to finalize the terms of the Parties' settlement, the Parties respectfully request that the case remain stayed until November 1, 2026, at which point the Parties will file the appropriate dismissal papers.

Dated: August 28, 2026

Respectfully submitted,

**HUSCH BLACKWELL LLP**

*/s/ Tanner M. Cook*
Glennon P. Fogarty, #42983MO
Tanner M. Cook, #71846MO
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
(314) 480-1500
(314) 480-1505 (fax)
Glennon.Fogarty@huschblackwell.com
Tanner.Cook@huschblackwell.com
***Attorneys for Plaintiff***

**THOMPSON COBURN LLP**

*/s/ John S. Kingston* (w/consent)
John S. Kingston, #51403MO
Christopher L. Clark, #72747MO
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
jkingston@thompsoncoburn.com
cclark@thompsoncoburn.com
***Co-counsel for Defendant/Third-Party Defendant Urshan University, Inc.***

**MICKES O'TOOLE LLC**

/s/ Steven D. Hall (w/consent)
Steven D. Hall, #MO56762
Heather Igoe, MO68744
12412 Powerscourt Drive, Suite 200
St. Louis, MO 63131
(314) 878-5600
(314) 878-5607 (fax)
shall@mickesotoole.com
higoe@mickesotoole.com
***Attorneys for Intervenor/Third-Party Plaintiff United Pentecostal Church Development Fund, Inc.***

**STONE AND LEYTON**

*/s/ Joseph R. Dulle (w/consent)*
Joseph R. Dulle, #38416
7733 Forsyth Boulevard, Suite 500
Clayton, MO 63105
(314) 721-7011
(314) 721-8660 fax
jdulle@stoneleyton.com
***Attorneys for Third-Party Defendant***
***Urshan Collegiate Support Organization***