**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF BOSTON COLLEGE,<br><br>Plaintiff, Third Party Defendant,<br><br>v.<br><br>URSHAN UNIVERSITY, INC. and URSHAN COLLEGIATE SUPPORT ORGANIZATION<br><br>Defendants, Third Party Defendants,<br><br>v.<br><br>UNITED PENTECOSTAL CHURCH DEVELOPMENT FUND, INC.<br><br>Intervenor Plaintiff, Third Party Plaintiff. | ) | Case No. 4:24-cv-1523-MAL |

**JOINT STIPULATION OF DISMISSAL**

WHEREAS, Plaintiff Boston College, Defendants Urshan University, Inc. and Urshan Collegiate Support Organization, and Third-Party Plaintiff United Pentecostal Church Development Fund, Inc. (collectively the "Parties"), have agreed to dismiss all claims, counterclaims, and third-party claims asserted in this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1);

IT IS HEREBY STIPULATED AND AGREED by the Parties that: Plaintiff's claims, Defendants' counterclaims, and Third-Party Plaintiff's claims asserted or that could have been asserted in this action are dismissed with prejudice. Each Party shall bear its own costs, fees, and expenses, including attorneys' fees. For avoidance of doubt, this Stipulation of Dismissal disposes of all claims, counterclaims, and third-party claims and terminates the entire action.

Dated: October 1, 2026

Respectfully submitted,

**HUSCH BLACKWELL LLP**

*/s/ Tanner M. Cook*
Glennon P. Fogarty, #42983MO
Tanner M. Cook, #71846MO
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
(314) 480-1500
(314) 480-1505 (fax)
Glennon.Fogarty@huschblackwell.com
Tanner.Cook@huschblackwell.com
***Attorneys for Plaintiff***

**THOMPSON COBURN LLP**

*/s/ John S. Kingston*
John S. Kingston, #51403MO
Christopher L. Clark, #72747MO
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
jkingston@thompsoncoburn.com
cclark@thompsoncoburn.com
***Co-counsel for Defendant/Third-Party Defendant Urshan University, Inc.***

**MICKES O'TOOLE LLC**

/s/ Steven D. Hall
Steven D. Hall, #MO56762
Heather Igoe, MO68744
12412 Powerscourt Drive, Suite 200
St. Louis, MO 63131
(314) 878-5600
(314) 878-5607 (fax)
shall@mickesotoole.com
higoe@mickesotoole.com
***Attorneys for Intervenor/Third-Party Plaintiff United Pentecostal Church Development Fund, Inc.***

**STONE, LEYTON & GERSHMAN, A PROFESSIONAL CORPORATION**

*/s/ Joseph R. Dulle*
Joseph R. Dulle, #38416
7733 Forsyth Boulevard, Suite 500
Clayton, MO 63105
(314) 721-7011
(314) 721-8660 fax
jdulle@stoneleyton.com
***Attorneys for Third-Party Defendant***
***Urshan Collegiate Support Organization***