**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF BOSTON COLLEGE,<br><br>Plaintiff, Third Party Defendant,<br><br>v.<br><br>URSHAN UNIVERSITY, INC. and URSHAN COLLEGIATE SUPPORT ORGANIZATION<br><br>Defendants, Third Party Defendants,<br><br>v.<br><br>UNITED PENTECOSTAL CHURCH DEVELOPMENT FUND, INC.<br><br>Intervenor Plaintiff, Third Party Plaintiff. | ) | Case No. 4:24-cv-1523-MAL |

**ORDER**

Upon considering Plaintiff Trustees of Boston College's ("Boston College") Unopposed Motion for Release of Bond, it is hereby **ORDERED** that the Clerk of the United States District Court, Eastern District of Missouri, Eastern Division, shall return the one hundred thousand dollars ($100,000.00) bond posted by Boston College, to Boston College, care of and payable to its attorneys, Husch Blackwell LLP, 8001 Forsyth Boulevard, Suite 1500, St. Louis, Missouri 63105.

SO ORDERED this 19th day of November, 2026.

Maria A. Lanahan

UNITED STATES DISTRICT JUDGE